IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN OMAHA PROPERTY OWNERS ASSOCIATION, INC., and ROOSEVELT LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF OMAHA,<br><br>Defendant. | 8:19CV341<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on today's date, judgment is hereby entered in Defendant's favor.

Dated this 15th day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge